IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHALEEN BURNETT,** | ) | **CASE NO. 8:07CV434** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **NAGL MANUFACTURING, NORM FREDRICKSON, JUNE JONES, and RICHARD KEETEN,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis. (Filing No. 2.) Upon review of Plaintiff's application, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 25th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge