## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHALEEN BURNETT,** | ) | 8:07CV434 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **NAGL MANUFACTURING, NORM FREDRICKSON, JUNE JONES, and RICHARD KEETEN,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's January 31, 2008, motion which the court construes as a motion for reconsideration. (Filing No. 9.) Summarized, Plaintiff seeks reconsideration of the court's January 25, 2008, Memorandum and Order and Judgment (Filing Nos. 6 and 7) which dismissed this matter with prejudice because the court did not have subject matter jurisdiction.

The court has carefully reviewed Plaintiff's motion and finds no good cause for reconsideration of any portion of its January 25, 2008, Memorandum and Order or Judgment. Plaintiff's motion is therefore denied in its entirety.

IT IS THEREFORE ORDERED that Plaintiff's motion, construed as a motion for reconsideration, (filing no. 9) is denied.

DATED this 1st day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge